1:26-cv-147

**DETAINED**

A232 968 646

PRO SE

# DEPOSITION BY JABULANI GARIKAYI IN SUPPORT OF <u>PETITION OF WRIT OF HABEAS CORPUS PERSUANT TO 28 U.S.C. §2241</u>

**I, Petitioner, Jabulani Garikayi, respectfully petitions this court for a writ of habeas corpus to remedy Petitioner's *violation of the due process clause of the Fifth Amendment to the U.S. Constitution***

## <u>INTRODUCTION</u>

1. I, Jabulani Garikayi, of Zimbabwean Nationality, am 49 years old. **I came to USA on the 15th of May 2023 through VISA and I was paroled in California.** I later relocated to Texas where I applied for asylum and obtained work authorization and SSN which are still valid. **I have been a law-abiding tax-paying citizen with NO criminal case under my name. I have been paying my taxes and making my donations to charities until 09/03/2025** when Carrolton Police station officers came to **house number 1728 Hartford Drive, Carrolton, Texas**. Police **searched the locked car which was parked for days at the door of garage**. Police found an open box of wine at the back seat among other various stuff and charged me with DUI which is the only charge on my name to date.

2. **I am a man living with HIV and my heart is very painful as I write this deposition. I have managed to keep the virus suppressed for so many years (*see Annex A at the end of this disposition*). ICE has denied me access to my HIV medication (Biktavy) for over 11 days so far. Ice has administered my biktavy inconsistently on daily basis**. Ice has denied me access to medical attention from *Communicable Diseases Centre; Cardiologist; Optometrist and Dentist. ICE has made my viral load active to >50copies/ml from a suppressed state of <20 copies/ml.*

## <u>STATEMENT OF FACTS</u>

3. **I was detained by ICE on the 5th of September 2025.** Ever since ICE detained me, I have lived in 3 facilities as follows: - Prairieland Detention Centre **(PDC)** 6 months; Bluebonnet **(BDC)** 10 days; Eden Detention Centre **(EDC)**, 1 day and, **BDC** from 03/12/26 to date. I have never been release ever since my September 2025 detention.

4. **I was ordered deported on the 3rd of November 2025 after my bond was denied.** I did not appeal my case. I submitted a **Motion to Reopen to DHS on the 20th of January 2026**. It was received and accepted on the **9th of March 2026**. Starting early

January 2026, **I submitted two (2) motions to Stay Removal with the Chief ICE Field Officer in Dallas and Irving offices. Both of the motions were never responded to until now**.

5. **ICE acted in very bad faith by not contacting me for travel documents and Individualized Custody Review until 8 days after the 90 days**. This was on the 11th of February 2026. On this same day ICE officer, A Hadson, brought me Custody Review decision **(made 5 hours prior)** which stated that I did not cooperate with them and as such, my detention period has been extended. At the same time, he handed me both the Travel Document and Individualized Custody Review forms and asked me to fill them (when the decision had already been made). **ICE intentionally put cart before the horse. ICE failed to provide me with required legal process.**

6. *ICE can not legally remove me now or any time soon since my motion has just been accepted and is yet to be decided on.*

## IRREPAIRABLE HARM

7. **I was denied my biktavy by Ice from the very first day of my detention for seven (7) days in a raw after which it was on varying days. I was denied biktavy on 16/10/2026. On this day, I wrote a grievance to the Lieutenant of duty on the tablet messaging platform. Sadly, the lieutenant first moved the grievance to medical and later on, the grievance was deleted completely from the tablet. I was recently denied my biktavy on the 1; 11 &12 March 2026**. Ice administer my medication inconsistently on daily basis. Some days the gap of inconsistency is over 3 hours. *(see grievance attachment at end of deposition)*

8. This has resulted in my deteriorating drastically within a very short space of time. **I now have heart problems and severe chest pains, prolonged wet coughs, rapidly failing eye sight, stomach ulcers and cramps, night sweets, high blood pressure and cholesterol levels, dark sky blue stool, loss of pigment on my left leg, severe headaches, anxiety and suicidal thoughts.** Early March 2026 blood test showed that **I am now in a pre-diabetic stage** because of the processed food and very sweet diet that they feed me with. *(see attachments at end of deposition)*

9. In my 3rd week under ICE custody, **I lost pigment on my left leg. It turned to complete white color. I had sky blue stool for almost a week, both of which I brought to the attention of the medical personnel too many times to no assistance.**

10. After every 3 moths **I must be checked by Communicable Disease Specialists (CDC)** who monitor a lot of aspects about my HIV status, mostly the viral load, CD4 count, cholesterol level, kidney status and all the other vital components of the bloods that explain the state of the body. **CDC makes recommendations for any adjustments on my medications and diet to make sure that the viral load stays suppressed.**

11. **ICE denied me access to CDC and still does, I complained and requested for that in person and on tablet messaging platforms but nurses kept telling me that they always make appointments with CDC but ICE is not approving it.** In mid of February 2026, ICE then approved my appointment for the 16th of March 2026. Sadly as always, ICE transferred me away from the district to BDC on the 1st of March, 16 days before the CDC appointment could happen.

12. My sight started getting bad end of October. I made numerous requests to be seen by optometrist, but ICE keep refusing until now. **March 2026 results came with a danger and abnormal warning that I am dangerously close to being diabetic. This means I will be blind soon!** This is worsened by the diet that ICE feeds me with, which is too sweet and highly processed.

13. Beginning of December 2025, I started having severe and continuous headaches, night sweets, ulcers and stomach cramps. Every time I bring it up with medical personnel, they rush to give me pain management pills when I seriously want to treat the cause of the problem.

14. My health is fast getting worse with each day. I now always have to endure severe chest pains and headaches. **I am now having painful and swollen nodes under both my ears. Every time I make medical request for that they tell me that I have allergies when I am never allergic to anything**. And they do not give me anything for that.

15. For almost two months now, I have stuffed nose, whizzing chest (my chest if full of mucus) and wet coughs. ***Sometimes I see blood in my sputum***. Everyone in all the facilities I have been to is always sick with fever, cough or flue. **Starting from 03/09/2026, BDC started giving everybody in the dorm some flue/cough medication because everyone is sick. *If healthy detainees are all sick, what then happens to me with ICE-destroyed immune system?*** All the facilities have issues with Air Conditioners. They are either broken, over or under adjusted. The dorms are either too cold or too hot and there is always a thick mask and bad smell in the dorms, sweet, pee and human gas emissions. The ventilations are very bad.

16.. Because of medication deprivation and inconsistent medicine administration by ICE, my Viral Load **(HIV-1 RNA)** is now increasing so fast. It reached >40copies/ml beginning of January and >50copies/ml beginning of March this year (***see Annex C & D at the end of this deposition)***. This is now making me have stabbing and sometimes pulsating pains on my heart and it makes breathing so difficulty. I requested to be seen by cardiologist for a very long time from mid October 2025 and many times **my appointments were cancelled by ICE**. I was finally granted chance to be seen by cardiologist in early January and I was never allowed to go for a return visit which was highly recommended by the cardiologist.

17. **I now have insomnia that gets worse with each day. I have bed sweets daily. My cholesterol is now very high and PDC put me on medication but BDC removed me without notice. I get so depressed and suicidal that if it was not a sin to my God, I would not want to live to see tomorrow. ICE is torturing me emotionally, physically, spiritually and psychologically**. When they finish destroying me, they send me to mental evaluation.

## CONCLUSION

18. **Ice is depriving me of my liberty in violation to the due process Clause of the Fifth Amendment Act of the United States Constitution. ICE denies me my HIV treatment whenever they wish. Ice administer my biktavy inconsistently on daily basis. ICE denies me free access to other medical service providers like CDC, Optometrist, Cardiologist and Dentist. Because of this cruel act, my viral load is now active and is increasing dangerously quick. My immune system is now at its lowest and I am now catching any airborne diseases that circulate in the dorms.**

19. *My HIV is now active and can now be transmitted easily. Ice is intentionally putting lives of thousands of other detainees at risk by using the same hair clipper on me and rest of the other detainees. The clippers are never sanitized from start to end of day and there are never any sanitizers for that.*

20. **I now have to endure severe heart and chest pains, stomach cramps and ulcers and terrible headaches. My lymph nodes below my ears are now swollen and painful. Because of the very poor diet that is too sweat and dangerously processed, I am now on a pre-diabetic level as indicated by blood results of earlier this month. (see attachments at end of deposition) My sight is now very bad, it is getting worse daily and I might end up blind in no time if I don't get urgent medical attention from specialists. I struggle so see and if I strain my eyes more, I suffer severe headaches that lasts for days.**

21. **I have no any other crime on my name beside the DUI that I have not been convicted of**. I was picked from the house and the car was locked and on garage for days. **I am a law-abiding Christian citizen who pays his taxes and make donations to various charity organizations in Dallas. I very much respect all authorities and everything they do. I planned (as I still do) to make a donation to the Dallas police. I am well appreciated by so many people who value my duty as a loving and caring health service provider. I always spend my extra time helping the elderly and disadvantaged in various health facilities.**

22. I was never heard in the Immigration courts. My I-589 was concluded as incomplete (despite its completeness) by the IJ. My motion to re-open case has just been accepted in courts earlier this March and is yet to be decided on. I will openly work with the courts when my cooperation is so needed. I will also freely leave United States of America, should that decision be reached, *after all free and fairness is prevailed in my Immigration case.*

23. **I did ALL the courses offered in the detention center including drugs & alcohol, business, social life, disaster management and Information Technology among others. I am an IT Engineer; Business Administrator and a Marketer by profession. I also have a Health Care company that I registered and planned to open the very week I was arrested. My private car was repossessed and my apartment closed. I lost my job too**.

24. If released, I have very close **family friends (Charles Haggard) at 1711 Painted Sky. Santa Fe, NM, 87507** who can look after me until I am back on my feet again. I also have a **fiancé (Previous Shuro) at 16830 Hunters Point Drive, Dallas, 75248** who can also look after me.

25. *In conclusion, petitioner's deprivation of crucial life-saving medication and deprived access to medical services providers violates the detention statute and is so unconstitutional in every imaginable way.*

26. I humbly and respectfully thank the Honorable Courts in advance for all the fairness and just decisions it shall make.

*Attached at end of this deposition are: -*
   a) *a copy of my diagnosis, Sept 2025 – Dec 2026*
   b) *abnormal warning of pre-diabetic, March 2026*
   c) *active viral load (HIV1-RNA) results for January 2026;*
   d) *active viral load (HIV1-RNA) results for March 2026*
   e) *a grievance form of biktavy denial by ICE for 10/16/2025,*
   f) *proof of un-responded communications done to ICE offices in Dallas.*
   g) *and postal tracker report confirming Dallas ICE mail delivery.*

## RELIEF REQUESTED

**a) instant release from ICE detention.**

**b) grant me a Stay of Deportation until my motion is finalized.**

**c)  grant me any other protection that can guarantee protection   from further ICE detention**

**d) enjoin ICE from transferring me until the end of this Action**

I, **Jabulani Garikayi**, declare under penalty of perjury that the information in this deposition is true and correct to the best of my personal knowledge. I understand that any false statement may serve as the basis for prosecution.

Date  03-23-2026

_____

Signature