**U.S. Department of Justice**
*United States Attorney's Office*
*Northern Western District of Texas*
*Civil Division*

1:26-cv-00147

---

# CIVIL RIGHTS COMPLAINT FORM

---

The United States Attorney's Office, in coordination with the Civil Rights Division of the United States Department of Justice, is charged with enforcing the federal civil rights laws throughout the Western District of Texas. The Office therefore readily receives information that brings to its attention possible violations of federal civil rights laws. The United States Attorney's Office is primarily a legal office and not an investigative agency. However, the Civil Division of this Office will evaluate your complaint and may refer it to another agency for investigation or other action.

Date: 4/30/2026

| Person Filing Complaint: | Person or Entity you are Filing a Complaint about: |
|---|---|
| JABULANI GARIKAYI #255838 **Name** | WARDEN, BLUEBONNET DETENTION CENTRE ET AL. **Name** |
| DENTON COUNTY JAIL, 127 NORTH **Address** | P.O. BOX 592 **Address** |
| WOODROW LANE, DENTON, TX, 76205 **City, State, Zip** | ANSON TX, 79501 **City, State, Zip** |
| N/A **Day Time Phone** | N/A **Day Time Phone** |
| N/A **E-mail** | N/A **E-mail** |

**Nature of alleged Civil Rights violation (please check area that applies to your complaint):**

| | | | |
|---|---|---|---|
| ☐ | Disability Rights or Access | ☐ | Voting Rights |
| ☐ | Educational Opportunities | ☐ | Religious Land Use |
| ☐ | Employment Discrimination | ☐ | Reproductive Rights Access |
| ☐ | Military/Veteran Status Discrimination | ☐ | Environmental Justice |
| ☐ | Housing Discrimination | ☐ | Credit/Lending Discrimination |
| ☐ | Public Accommodation Discrimination | ☒ | Other: _____ |

Civil Rights Complaint Form

Page 2

## What do you believe is the basis for the Discriminative Act or Discrimination?

| Disability | ☐ | Race | ☒ | Sex | ☐ | Color | ☐ | Religion | ☐ | Sexual Orientation | ☐ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| National Origin | ☒ | Other: Cruelty | ☒ | | | | | | | | |

Please clearly describe the civil rights violation that you would like to bring to the attention of the U.S. Attorney's Office for the ~~Western~~ NORTHERN District of Texas. Describe the nature of the incident, the date, where the incident occurred, names of any witnesses and alleged wrongdoers and their contact information.  Please include copies of any supporting documentation, correspondence, or photographs (do not send the original documents).

ICE denied me medication for HIV (biktarvy) from the 7th of September 2025 for over 5 days in a row and and many other varying days until the 12th of March 2026. This resulted in my viral load getting active and I developed heart problems and failing eye sight. I was feed with too sweet foods and processed foods that I lost pigmentation on my leg for over a month and I passed out blue stool. Ice denied me access to the cardiologists and optometrist for problems caused by ICE. I was denied access to Communicable Diseases Specialists for my HIV to date. I wrote grievances after denied biktarvy and ICE deleted it from tablets on the 10/10/2025. 1: 11-12th March 2026 ICE denied me biktarvy lastly. I now have stomach ulcers, anxiety, depression and more. See Jaboulani Sankey's Deposition in support of a Civil

(attach additional page(s) if necessary)  right complaint attached.

Are you represented by an attorney in this matter?   Yes   No

If yes, please provide your attorney's name, address and phone number:

Have you filed a lawsuit concerning this matter?    ☐ Yes    ☒ No

If yes, please provide the case name and number, court the case was filed in, and the current status of the case:

_____

_____

Have you filed a complaint concerning this matter with any other federal, state, or government agency?    ☐ Yes    ☒ No

If yes, please list the agency, complaint number, name of contact person, phone number, and status of complaint:

_____

_____

What office or agency, if any, referred you to our office?

THE CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, ABILENE DIVISION

PLEASE UNDERSTAND THAT SUBMITTING THIS COMPLAINT FORM HAS NO EFFECT ON ANY STATUTE OF LIMITATIONS OR OTHER FILING REQUIREMENTS THAT MIGHT APPLY TO ANY PERSONAL CLAIM YOU MAY HAVE.

FURTHER, BY SUBMITTING THIS CLAIM YOU HAVE NOT COMMENCED A LAWSUIT OR OTHER LEGAL PROCEEDING, AND THIS OFFICE HAS NOT INITIATED A SUIT OR PROCEEDING ON YOUR BEHALF.

IF YOU BELIEVE YOUR CIVIL RIGHTS HAVE BEEN VIOLATED, AND INTEND TO BRING A LAWSUIT, YOU SHOULD ALSO CONTACT A PRIVATE ATTORNEY.