FILED - USDC - NDTX - 
JUN 5 2026 PM 1:56

IN THE UNITED STATES OF AMERICA
FOR THE NORTHERN DISTRICT OF TEXAS

JABULANI GWARIKAYI
PLAINTIFF

v

ICE - (A Hudson et. al.)
DELLOSA (MEDICAL SERVICE PROVIDER
A HUDSON (ICE OFFICER)
DEFENDANTS

CASE # 1:26 - CV - 147

FIRST AMENDED COMPLAINT

## 1.0. NATURE OF COMPLAINT

1. Dellosa and A Hudson (DIH) of Prairiland detention centre (PDC) violated my secured rights under the 3rd, 5th, 8th and 14th amendments of the U.S. constitution. Their Deliberate Indifferents to my serious time-sensitive prescription medical care caused me untold terrible pain and suffering physically, emotionally and psychologically. DIH intentionally denied me access to necessary medical treatments.

2. Through their customs, policies and procedures they personally and consciously disregarded a serious risk to my health by denying me access to life-saving HIV treatment. When more health complications developed on me due to their direct actions, this duo then denied me access to reasonable requests. DIH denied me of, and delayed necessary prescribed treatment for

non-medical reasons.

3. With very clear knowledge of my medical needs, and requests, DIH intentionally committed an act of furthering their conspiracy, that caused my serious injury by a. - moving my grievance from grievances section to medical section then, deleted them both and b. - transfering me to another facility because of my necessary and serious medical requests. They failed to provide me with adequate medical care. DIH personally and intentionally made me suffer untold pain and stress. They deliberately did me all this harm under the color of state law. DIH wittingly prevented me from receiving treatment for serious medical needs.

2.0.                    INTRODUCTION

1. I am a man of Zimbabwean nationality who came to U.S legally on May 15 2023. I was paroled in CA and later applied for asylum. I was arrested at work on September 3, 2025 on allegations of DUI upon illegal search of my car which was parked in garage for a long time (open container) That is how I got to be in ICE custody since 9/6/25.

2. I have been living with HIV for over 8 years. For all these years, I have managed to keep the virus undetected (<37 copies (20.000 000). This was made possible because I have been taking my life-saving medication (biktarry) on time without missing a doss. I was eating healthy as recommended by doctor and the Communicable Diseases Specialist

(CDS). Every 3 months I visit CDS and doctor who accesse how my body and virus are responding to medication, food and environment. They then do some remedial actions as needed.

3. If I do not take biktavy on time or miss it, the HIV virus becomes resistant to medication and my immune system drops down. When immune is down, my body can not fight any other diseases on its own. My body will then take in all kinds of diseases then the HIV blooms to AIDS. When this stage is reached, there is no turning back but, death! The viral load (VL) must always be kept undetected, best if you can keep it below 20 copies/20-000 000. That way you are like anybody else and it can not be transmitted to others easily.

4. Besides the HIV virus, I had mild insomnia that I never took any medication for. My eyes do not like too much light. If I use spectacles, that would be to reduce light only with anti-glare. Otherwise, my sight and my vision was 101.% I had no other known illness.

5. Eversince I got in ICE custody under the medical care of Bellosa and ICE officer responsible for approving medical appointments - A Hudson, I have been denied biktavy intentionally. This was done through either, their direct actions or their customs, policies and procedures. I was also administered biktavy inconsistantly by up to 4 hours. My rights secured under the U.S constitutions has been

violated by DIH's deliberate indifferents to my presc-
ription medical needs. They intentionally violated the
8th and 14th amendments by denying me access to
receive treatments for serious medical needs.

6. DIH's direct actions, policies, customs and procedures
made my inactive virus active, thereby weakening
my immune system. When my system was at its
lowest, they then subjected my body to lots of
air-borne diseases. I then developed a lot of other
health problems that I never had before like
chest pains, stomach ulcers, stress, depression, spiked
sugar levels, colds, fever, flue, covid and deterior-
ated eye sight, among others. Then DIH denied me
access to adequate medical care and, like it was
not enough, they ~~deny~~ denied me access to recei-
ve treatment for the same health problems that
they created.

7. Because of this duo's direct and intentional acts,
I developed mild chest pains due to stress. This
then developed into a very serious unbearible
heart pains when medical access and treatment
was denied me. I got to a point where I lost
pigment on my left leg. I passed out sky-blue
stool for over a week, when my body got in
shock. I also passed out blood, lots of blood with
stool because of the worsened stomach ulcers.
I got so depressed, suicidial and have been so
terribly anxious since then to date.

8. All these heinous acts were perpetrated on a

defenseless detainee. Worse still, all these intentionally cruel acts were heightened at the time I was at the pick of my immigration case proceedings. I endured, as I still am, so much unbearable and excruciating pains from my heart, stomach ulcers and headaches. I lost half of the sight I had before I came to ICE, all because of the intentional deliberate indifference of these two gentlemen booth in their personal and professional capacity. DIH did torture me under the color of state law.

**3.0. STATEMENT OF FACTS**

1. ICE agents took me from Benton County Jail (BCJ) on morning of September 6th 2025 to their Dallas ICE office where removal proceedings were initiated. I told the two gentlemen who were doing our paper-work that I urgently needed biktarvy for the day, I also explained what it was for but they told me that I was going to be taken to a facility where all medical issues will be addressed. I could not remember their names as it was a short personal contact since I was always kept in a very over-crowded cell of about 10×10ft. with 17 men facing a toilet seat in centre. We ended up sleeping there in very cold Air con without blankets. I did not get biktarvy that day.

2. The following morning, we were taken to PDC. On arrival, I told 3 intake ladies separately that I needed biktarvy and I got none the previous day. I _____A_____ and the other ladies told me that "I was going to be taken to medical where I

would be checked/examined and treated as needed"

3. It took them over 12 hours to process us and we spent the night in about 15×15 ft cell, 27 of us without blankets in very cold air-con. I asked for over 5 times about biktavy, but "soon, once we are done" is all I kept getting. I was wearing only scrubs. Later around 3am, I was taken to dorm **C1** and it was over-full. I slept on the floor for about 3 days (not bunk beds).

4. The following morning, I was taken to medicals with other detainees, within same facility. On arrival, I told the nurse ___ B ___ that I needed biktavy and I had not get any in past (2) two days. I expressed my concern that I did not want to defaulter (a term used to discribe the transitioning from HIV to AIDS) The nurse told me that they were going to do bloods test first which she said takes about 2-3 days for results to be back, after which I would be seen by a doctor who would authorise treatment.

5. The same nurse gave me a very clear and precise correct answer when I asked if she knew what would happen to me if I don't get biktavy sooner. I then asked her if I could ask somebody from home to bring my biktavy. She then told me that they are not allowed to do that. DCJ allowed me to do that!

6. I later realised that Bellosa had access to my Parklands and DCS medical records where my blood results were, But instead of using them to see what disease I have and what type of medication I was using, Bellosa decided that they do their own tests. This was a cruel deliberate indifference to my serious-time sensitive prescribed medical care due to none medical reasons. Under color of state law, Bellosa consciously disregarded a serious risk to my health.

7. After bloods were drawn and I was escorted back to dorm. I wrote a grievance on the tablet and I expressed my worry about the accumulating days with no takedown. I aired my anger on them that they were forcing me to wait for their test results to come when I could ask someone to bring me the same medication to avoid defaulting. I blamed the medical service provider for the process and their policies and procedures. My secured right under the U.S constitution to access to serious medical care were being violated due to some policies, customs and procedures, devoid of logic. The grievance was directed to Leutanant (LT) and head of security.

8. I sent medical requests and I got no help. I even asked the dorm officers (DO) to call their LT. But each time they would call supervisors like they were not allowed to reach out to LT. before supervisors. But, each time the supervisors came, they would do all they could to delay and waste

time. At some point I asked Silas, the floor security officer to take me to medicals. He then asked what the medication was and for what it was. I told him that it was for HIV. He said he was going to help but I never saw him again. The next day, I saw other DO's talking and pointing fingers at me from a distance and I could only imagine they now all knew my status from Silas.

9. On the 12th of September 2025, medicals called for me. My blood pressure was high. I met Bellose who explained the blood results to me. I asked him personally on why detainees are not allowed other alternative ways of getting biktarvy faster from home to avoid defaulting, and he said "it is a procedure that they do use". I again asked why they do not use medical information they obtain from other medical service providers like Parklands to help detainees get their medication faster, and he said, "we rely mostly on our own results and its a procedure too."

10. My viral load was 40 copies/20 000 000. My sugar level was low, kidneys and cd4 were good. I expressed my anger and concern on the delay I was subjected to wait, to get such a serious time-sensitive life-saving prescribed medical care at the hands of a medical service provider; but he showed no remorse nor care at all. I was then told that I was going to get medication at the night round of pill distribution. So I got biktarvy on the 12th of September 2025, after

almost 6 consecutive days of denial (~~stars~~ 5 days 14 hrs). DHH consciously disregarded a very serious risk to my health by denying me of my secured right to access to medical care through their customs and procedures. They denied me access to prescribed life-saving medical care.

11. I started getting severe headaches from the 9th of September 2025 and they would last for days. My blood pressure stayed high for over two weeks. All along, I have been stressing about the incident as I did not want to default and die a skeleton, leaving my young three kids ~~there~~ alone.

12. About 29 day from the first tiktavy denial. I was again denied access to the same life-saving prescribed medical care due to none medical reasons. This happened for 2 days in a raw. It was on the 9th of October 2025 when the lady who deliver pills did not come. I waited with other detainees like Solageo Adegoke, a Nigerian national detainee, to about 10pm but she did not come.

13. I asked the B.O ___ C ___ to call supervisor and instead, Cruz the Sgrt came. I told him the problem and that I did not want to miss a doss especially after the previous long period. Worse when my body is still trying to recover from the previous damage. Cruz asked me what the tiktavy was for and I told him it is for HIV. He wrote my name down and the medication against it with a red pen and put the paper

in his pocket, then he said he was going to help but he never came back.

14. Soon before 12 midnight, I asked the same SO to call the Lt and a while later Adol came. I told him the same as I had done Cruz and he said "let the body count finish then I will organise for you to be taken to medicals." He was gone for over an hour when he sent a floor officer to escort me to medicals. [the Leutanant →]

15. At medicals, I explained all that had happened and the nurse ___ checked on her laptop. She then told me that she could see my name but there was no medication against it and as such, she could not help me. I tried to explain how crucial it was that I get that biktarvy and she clearly told me that she knows about that pill but she just could not help if there was nothing indicated on the portal. I got no biktarvy again. The same customs and procedures that DIH kept using to deny me of my secured right under the 8th and 14th amendment of access to life-saving prescribed medication.

16. I was escorted back to dorm. I felt like there was a heavy rock weighing down on my chest and I could not breathe properly. My head started aching terribly. My neck got stiff and A got unbearably painful all the way from the back of my head down into my left chest. I stressed badly the rest of the wee hours

9

hours of the morning. The thought of being made to defaulter, loose weight and die a skeleton, when I had managed to look after myself for all these years. I suffered terribly emotionally and psychologically. My chest was heavy but with moderate pain.

17. Later same morning when detainees were called for breakfast to the eating hall, which shares the same wall with medicals, I also went with them. I then crossed over to the medicals to try again since it was another day. There was still the same nurse and sadly, she told me the same thing that my name had no medicals against it. She did sympathize with me but because of the policies and procedures, she could not help. Another sad deliberate indifferents to my serious prescribed medical care in violation of the 8th and 14th amendments of the U.S. constitution. This was being done by DHH to a helpless detainee under the color of state law. DHH ruined my health!!

18. Later that of day, I wrote a long grievance on the tablet. In this second grievance, I aired my big disappointments about how the facility was intentionally and knowingly pushing me to defaulter because of DHH's customs and procedures. I also cited the previous extended incident when they did deny me biktarvy when I first arrived. I then decided to write

one grievance on their forms for my record, like I knew their next move.

19. Sadly, this second grievance was first moved to medicals section where it lasted for 3 days then it was dele deleted completely from the tablet together with the first grievance of the 9/9/25. A few days later, I met officer Storks, a female officers who mostly work in medicals. She told me that all grievances and security requests are monitored and controlled by ICE officers, thus A. Hudson.

20. For the 2nd time, my grievances did not help me; and still, I got denied my secured rights under the U.S constitution. I strongly believe that it is DHS's constitutional duty under the 8th and 14th amendment of the U.S constitution to provide necessary prescribed and adequate medical care to all its detainees at all times. Unfortunately, I was denied of all these. I was not allowed to get biktarvy, a life-saving necessary time-sensitive medication, again, for 2 days in a row.

21. From this 2nd biktarvy denial incident, my chest pains got worse with each day. I seeked medical attention through tablets. An initial EKG was done, and I was given pain-management pills. I went back and forth to the medicals for the chest pains and the nurse E said I must be seen by a cardiologist. An appointment was done with the cardiologist but E said ICE has to approve it for you to be seen. This means that

DIH have direct and personal involvement in my prolonged suffering.

22. The pain I get, down to this day, is either a stabbing pain of pulsating pain. I get more of stabbing though. This pain feels like there is a niddle piercing through my heart, and it makes breathing and moving very painful. I have to control my breathing to a minimal so that I do not move my chest inwards and outwards that much to reduce/minimize the amount of pain. I get. It is so excruciatingly unbearable. I am getting these pains frequently especially if I think deeply. These last close to ten minutes each time, and the pulsating, which I feel right in my heart as it pumps, lasts for hours. It hurts badly.

23. The nurse offered more ibrupfen and/or tylenol but that is to manage the pain only. Moreover, my doctor told me that I must use less of ibrupfen as it stresses my kidneys because it stays longer. Nurses make appointments only but DIH, under ICE, approve them. DIH directly and intentionally ignored my serious request for treatment, denying and delaying necessary treatment in violation of the 8th amendment of U.S constitution. This cruel and intentional refusal to approve exercebated my medical condition and that unnaccessarily prolonged my suffering to this day.

24. Later after 2½ months of the unapproved cardiologist appointment, there were rumors that 3 detainees had died in ICE detention in Texas, from cardio-related

illnesses. All of a sudden, DIH authorised an urgent appointment for cardiologist. This is a clear indication that DIH has always been aware of the serious danger my health was in but decided to ignore it for all this long. At the cardiologist, I was examined for a long time and when done, the cardiologist said he would be sending the results back to PDC. He then emphasized to the officers that I must come back without failure within 2 weeks. I never heard of the outcome of the results nor was I ever taken back to the follow-up appointment, to date.

25. Around early November 2025 as I was battling with my heart pains, my eye sight continued to drop significantly. The more I would stress about my viral load, pattern of triktary administration and denied appointments, the more I suffered from severe headaches, I mostly get blurry vision and I end up in black-outs. The black-outs started after I was denied triktary on my birthday, the 1st March 2026 as will be narrated further down-

26. The diet I was recommended to eat by my doctor is contrary to the too processed, too sweet, refridgerated/frozen and artificial foods that DIH feeds me. At the time my immune was very weak, and my body in shock because of this duo's deliberate indifferents to all my medical care, and requests, my sugar spiked rapidly and as such, my vision suffered spontaneously. I even passed sky-blue stool end of October for over a week.

Stool samples were requested but I never heard anything from them (Dellosa).

27. I kept asking for medical attention through tablets and in person, but DIH still refuse to approve the appointments. Ever since September 6th 2025 the CDS and the optometrist appointments have been ignored to date. I now suffer more complications on my heart, but I can not be allowed by DIH to go get checked. I am intentionally denied access to serious necessary treatments by fellow human-beings. All the while, I suffer daily, physically, emotionally and psychologically. All this suffering is perpetrated on me under color of the state law.

28. Beginning of March 2026, I started losing hair on my chin, and it is growing bigger daily. My body and immune have not been assessed by CDS and doctor to do remedial actions to all these traumas they are intentionally subjected to by DIH direct actions of willful cruelty. From this day today, back to September 6th 2025, I have lost over 50% of my sight, and still DIH do not want to allow me to be treated. This is all ascribed to this duo. They keep denying me access to serious and necessary medical treatments.

29. New detainees are mixed together with older, before they are checked by medicals. Then then infect dorms with all kinds of air-borne diseases, including covid and TB. Nobody cares for any detainee. Every now and then, dorms are quarantined for covid or

14

TB. Now, my immune system took a big shock from the 1st and longest 'tiktaun' denial by DLH, while it is trying to recover, it was subjected all kinds of air-borne diseases in dorms, cold, flue, fever, soar throat, covid and TB, I suffered for most of my days with ICE from, as I still do, from flue, fever, covid, colds and soar throat. We got 'quarantined' for covid 2 times so far. I requested for medication for these ailments, more often than not, but I was given only OTC fever relief pills – 2 pink capsules, for months that is all I was given. I asked for alternative, stronger medication for resistant coughs and colds, but the nurse ___D___ told me more than 3 times that "thats all they have"

30. DLH maintain one (1) medication with no substitute for stronger and resistant/persistant fevers and colds. Healthier detainees are always sick with these every other day; what then about me with DLH-damaged immune system? DLH directly and deliberately denied me access to necessary adequate medical care.

31. In the 3rd week of December (date not recorded), the pill lady ___D___ did not show up again. I waited with other detainees for no help until 11pm. Then I gave up. I did not ever attempt to write a grievance or request after my 1st and 2nd grievances were deleted and got no attention. I was left with no recourse to obtain serious life-saving, time-sensitive prescribed medical care. More harm to my immune system, under the color of state law.

15

32. In early November 2025, I lost pigment on my left leg, an area of about a foot big. I reported to the medicals through tablets, but the nurse _____ could not know why. My immune system has been compromised numerous times by life-saving medication (biktary) denials, then at its lowest point, got exposed to all kinds of air-borne disease. The air-cons are always very dirty. I think the filters were last serviced before American indipendence from the way they look. Then the nurse ___E___ gave me a small tube of rush ointment and she was so sincere and empathetic. I felt sorry for her, and I do not blame her. I blame the system, the policies, the service providers, ICE, Dellosa and Hudson. Then she softly said – "this is all we have, see if it can do anything"

33. Dellosa knew about my medical needs but intentionally refused to help. I request for blood tests in early January 2026 and it was done. I have been feeling that my eye sight is getting very bad. When the blood results came, I realized that my hemoglobin glucose was 5.7, a few steps higher than the previous tests. My VL was 40 copies/20 000 000. Dellosa (was) (looked) worried about my VL and he touched under my ear-lobes to feel if they were tender, an indication of transitioning/defaultering from HIV to AIDS. He then said "we will monitor your VL" and he dismissed me.

34. 3 days after this, I went back to medicals for my feeling sight. The nurse ___E___ then tested my sight and expressed a deep concern about it.

She said — "...your sight is very very bad, you must be seen for your eyes ASAP." Turning to laptop for appointments, she said "your previous appointments are still unapproved by ICE". This is a continued deliberate indifferent to my necessary serious medical care by DIH. My sight is now very bad and I have not be checked professionally. I can personally take good care of my health as I have been doing before ICE took me in custody, DIH destroyed my health.

35. Beginning from late October 2025, I succumbed to stomach ulcers due to the amount of stress I was put in by DIH. I keep enduring terrible pain from my heart everyday. Even as I write this statement, my stomach feels like there is something touching an open wound. It gets worse when I am hungry or if I eat hard or acidic foods. Getting into November, I also started getting heart-palpitations. It beats abnormally fast and so loudy. The palpitations can be seen over the shirt from over 10ft away. DIH's deliberate action of denying me access to necessary medical attention has unreasonably prolonged my suffering and the conditions keep getting worse.

36. Beginning of Feb 2026, I could barely last the day seated. Coughing and fever. Soar throat and headaches, heart pains and stomach ulcers. I could feel that my immune was at its lowest and very weak. My weight felt very light. My sight and heart getting no better. I then requested for blood test as I suspected the readings were bad. When blood results came, all I feared for was

on paper. My VL was now so copies/20 000 000. 10 copies more than previous reading, within 30 days. My sugar level jumped to 5.8 and had an "H" indicating high and dangerous levels. That was 0.1 points to 5.9 which is a pre-diabetic stage. I then made numerous requests to see Bellose through tablets but I was never allowed; hence, no remedial actions to my deteriorating health. Unfortunately for me, I got transferred to Bluebonnet Detention Centre (BDZ) so that I can not keep stressing DIH about my failing health caused souly by their deliberate indifferents to my serious medical care and necessary medical requests.

37 Because of DIH's customs, policies and procedures, I was denied biktary, my secured right under the U.S. constitution. This happened at BDZ on the 1st and 2nd of March 2026. We arrived late afternoon at BDZ from PBC, got shoved in a overcrowded holding cell for over 11 hours. You could only talk to officers over a very small window, you could not see the person. I asked several times the intake personnel, names to not seen or heard and they do not wear name tags/badges, but they all said "you see medicals first". The big pink envelop 'Jabulani Nnnkayi's Medication' was sitting on their desk by the transport officer and everybody (myself included) could see it. But all the intake ladies and one slim male who was caughing badly refused to give me that before going to medicals.

38. I was processed the following morning of 3/2/26

and taken to dorm B7. Later that day, I was taken to medical department in the same facility and they told me to do bloods. The same day, I was told that I would get medication/biletavy when the pill-lady makes her medication distribution the following morning. They started me on biletavy on the 3/3/26, after 2 days of no life-saving pills.

39. On the same day I first saw medicals, I told them that I was in serious pain on my heart and they did EKG same day. The lady _____F told me that she would give the results to the doctor who would explain them to me. I left/was transferred from BDR 24 days later but I never saw a doctor. I was given ibouphar for pain for my heart to manage the pain only.

40. I went back to the same medicals about twice for my heart pain and eyes. The senior nurse _____G said she thinks I had anxiety and she later told my that she was my service provider, meaning she was responsible for my health needs. My so-called service provider put me on omeprazole for my stomach ulcers (which I am currently using as I write this). For my eyes, she told me that it was a very long process to go get checked because it goes through ICE who first have to approve it then you can be seen by optometrist. I told her to go ahead and put the appointment

41. All the security officers I saw in the 3 ICE detentions do not wear name badges/tags, which I think its intentional. You can not remember them from a

single encounter.

42. On 10th of March 2026, I was transferred yet again to Eden Detention Centre. About 60 detainees contained in about 15m x 15m holding cell, facing a toilet seat. I left BDC around 4 am and got * to (EDC) Eden Detention Centre around 10 a.m. I got no breakfast for the day. Because of DIH's customs and procedures of seeing their medicals first, I could not get toiletary. I asked 3 female officers for toiletary, the envelop was just sitting on their counter but they said "You need to be seen by medicals first". DIH's deliberate indifference to my serious medical care through their direct actions and their procedures and customs denied me access to life-saving time-sensitive prescribed medical care.

43. Later that day I was seen by the so-called doctor, a tall medium built and medium aged man (no name obtain and I only saw him ones for less than 10 mins). He told me that I would be given toiletary starting that evening. Back in the dorm, North wing, I waited for the medical destribution time of around 8 pm. Soon before 9 pm, the medical lady came and she told me that she had nothing for me. She said she thinks the medication is still being processed but I should have it the following day, the 11th of March. My right to access prescribed medical care secured under the U.S. constitution kept getting denied under the color

* 4am of 3/11/26, having been discharged by BDC on 3/10/26.

of state law.

44. Same night of 3th 3/11/26, I was told I was getting transferred again, it less than 20 hours at EDC. At 7.30am following morning, I was discharged. I saw another lady (no name) at medicals. Then I told her I had a headache and I did not get toiletary the previous night. She told me that she could not help with toiletary because medications are done at night. Then she gave me pain pill for headache.

45. Around 10am of the 12th, I was put in a van and taken back to BDZ. We arrived around 2pm. In the same overcrowded cell, I stayed until 1am to be processed. I requested for toiletary a couple of times and knowing the answers, I gave up and never asked again. I was later taken to the dorm B7, that while later, to medicals. I was then given toiletary that day 3/13/26 during medication round. This was after not getting the same life-saving toiletary on 11 and 12 of March 2026. Necessary prescribed time-sensitive treatment was again denied for 2 days in a raw for non-medical reasons, all because of DIH.

46. I was seen by medicals at BDC after toiletary denial by ICE personnel. I had my eyes and heart checked again after 3/13/26. For the eyes, the tall male nurse told me that they can easily assist if I needed reading glasses but if it so for optometrist, ICE needs to approve. I told him to put the appointment

But ICE moved me here at DCJ to answer for "failure to appear" charges which was caused by ICE. This transfer came after I applied for habeus.

47. ICE, through DIH, uses policies and procedures that are very bad and they do not serve any rights for detainees. They deny you prescribed medication that they have in their hands and tell you that you need to be seen first by medicals. All the 8-9 times I was denied biktavy was when the intake personnel had my biktavy in their hands, clearly labelled with my name. They are the ones who accepted it from the transporter and sign for it that they received it. If the policies and procedures allowed the intake to think outside the box, (if ever they can/are allowed to think outside the box) I wouldn't have been deprived of my life-saving biktavy to the point of having my whole health messed up. I wouldn't be in all these pains and stress.

48. My constitutional rights deprivation were started, then continued by ICE's official policies and customs that "everyone must first go to medicals". It also indicated to me that my rights were denied by ICE's failure or inadequate training of staff, that reflects a deliberate indifferents on conscious choice. I only needed to be handed the biktavy which was infront of everybody, something that does not need any medicals approval. But ICE, DIHC policies started and continued their deliberate indifferents to my medical care and needs. The same policies authorises the same

type of medication with out another line of alternative for persistant coughs, fevers and colds. ICE, through ICE, inadequately cared for my coughs and loss of pigment. Resulting in more strain to my chest pains.

49. Besides policies, ICE, through DIH, we/are aware of my grievances and the medical care needs, but they intentionally and routinely ignored them by refusing to approve a necessary treatment from optometrist, cardiologist and cos. Wittingly refusing to help a helpless person (they) (you) personally detained! Making me live a life of pain and misery at the expense of my health. My secured rights to medical care secured under the U.S. constitution were consciously disregarded by DIH under the color of state law. They even went to leangthy heinous levels of deleting my grievances, like ignoring them was not enough. I wish these two could also be tried under the Bivens claim. Objectively and subjectively DIH have direct responsibility for my prolonged suffering, pain, stress, depression and trauma.

## 4.0. IRREPARABLE HARM

1. Because ICE and DIH unlawfully harmed me, under the color of state law, by denying me access to prescribed medical care and necessary medical treatment. They re-activated my once inactive HIV virus by their subjective and objective actions above. They further harmed my immune system by denying me access to adequate medical care. My body was subjected to prolonged pain and weakening by colds, fever, flue covid and soar-throat that went on for months without treatment because DIH only keep one medication — (2 pink over-the-counther fever relief capsules)

2. My body was strained and I went through a lot of stress. The stress affected my heart and I started getting heart pains that started as mild left-chest pains. When DIH intentionally continued denying me briketary and access to treatment by cardiologist and CDS, my stress levels increased exponentially, and so does my chest pains. My blood pressure reached dangerous levels and my sugar levels spiked to pre-diabetic stage of 5,8. This then did affected my eye-sight to the point of loosing more than 50% of my sight in under 8 months.

3. DIH kept denying me access to - prescribed medical care, adequate medical care and necessary treatment, and that kept incapacitating my already weak immune. My chest/heart problem worsened. I now get sharp excruciating stabbing pain that incapacitate the whole of my left side. I feel like there is a sharp riddle piercing through my heart. I can not turn or move my body in any way. It becomes worse with movements of my chest when breathing. I just have to control my breathing so there is minimal up and down chest breathing movements.

4. DIH skinned me alive! If I don't have stabbing pains, I get long-lasting pulsating pains. This is so unbearable. I hurt on every pulse my heart makes, and this lasts forever. The furtherance of DIH's to deliberate indefference to my serious life-saving time-sensitivy medical care pushed my stress beyond limit. I then developed stomach ulcers. These ulcers got worse to a point that I passed bloody stool. I even passed sky-blue stool for over a week when my immune was first dropped. I even lost pigment, foot-size big on left leg.

24

5. I was denied my rights secured under the U.S. constitution by OIH at the time when I was trying to fight my immigration case, to the extend that I ended up making wrong decision, because of the pressure that my health was going through.

6. My body is going through a lot of bad adverse changes to date. It is now taking for ever to repair its cells and tissues. I developed watts on my genitals mid April and it took my body up to late May 2026 to repair and heal. This used to take less than a week to heal, always.

7. The insomnia that was mild is now worse, I do not sleep for days now. All this pushed me into chronic headaches, dipression and anxiety. I am loosing hair on my chin since mid March 2026 at an alarming rate that my chin beard might be all gone before my next birth day. I can not concentrate on anything now because of the severe headaches I get and my bad sight. I also suffer unbearable pain all (inside over) my veins. I feel like there is something eating me up in my veins and its very painful and worse when I concentrate. The very painful tinkling sentation all over my body.

8. If it was not because my kids are still very young and innocent, I would not want to live to see tomorrow. I feel like there is nothing for me in the next day, just nothing but only writing to die. I am having terrible pulsating pains as I write this. God knows how long more. I endure untold and unbearable pains from my heart, ulcer, headache and veins daily. I get black-outs and blurry vission if I keep straining my eyes and head.

9. DHH unlawfully harmed me through their policies, customs and procedures. They denied me access to life-saving time-sensitive prescribed medical care until my immune was damaged. Then their direct purposeful refusal to respond to my serious necessary medical needs resulted in further significant injury to my health. DHH's hateful deliberate indifference to my health caused me unnecessary and wanton infliction of pain, since October 2025, to date. Only the Living God knows how long more I will have to endure this unbearable pain, stress and suffering.

10. All the deprivation and intentional denial of my rights secured under the U.S. constitution, was occured under the color of state law.

5.0    RELIEF

1. Immediate release from ICE custody (if still detained) so that I can go fix my health urgently. — ICE to pay all bills.
2. Emotional, financial and psychological compansation for pain and stress being suffered, as the Judge/jury deems fit.
3. Written apology from Dellosa, A. Hudson and ICE.
4. Order re-opening of my immigration case.

6.0 NAMES OF PDC AND BDC medicals

1.1 I put letters in place of names because I have the names on the property which is currently held by DCJ until the day I live, which is, as soon as this case is done in less than 30 days probably. They do not allow me access now.

26.

CERTIFICATE OF SERVICE

I hereby certify that on 5/29/2026, I forwarded a copy of the foregoing document NOTICE AND ELECTION REGARDING CONSENT... to THE CLERK at the address of U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, P.O. BOX 1218, ABILENE, TEXAS, 79604

Jabulani Garikayi

CERTIFICATE OF SERVICE

I do hereby certify that on 5/29/2026, I forwarded a copy of the foregoing document FIRST AMENDED COMPLAINT to THE CLERK at the address of U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, P.O. BOX 1218, ABILENE, TEXAS, 79604.

Jabulani Garikayi



Jabulani Garikayi #255838 P27
Denton County Jail
127 North Woodrow Ln
Denton
Texas
76205

DENTON COUNTY JAIL
INMATE MAIL

NORTH TEXAS P&DC
DALLAS TX 750
TUE 02 JUN 2026
AFSM 2/1 01:49:25

RECEIVED

JUN  5 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

The Clerk
United States District Court
Northern District of Texas
P.O. Box 1218
Abilene
Texas
79604

Case 1:26-cv-00147-H   Document 13   Filed 06/05/26   Page 29 of 30   PageID 83

LEGAL

LEGAL