UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JABULANI GARIKAYI,
Institutional ID No. 255838

               Plaintiff,

v.

ICE, *et al.*,

               Defendants.

No.  1:26-CV-00147-H

## ORDER TRANSFERRING CASE

Plaintiff, a prisoner proceeding pro se, filed this civil-rights action under 42 U.S.C. § 1983.  A civil action under Section 1983 is properly filed in the judicial district where a defendant resides or in the judicial district where a substantial part of the events or omissions giving rise to the claims occurred.  28 U.S.C. § 1391(b).  A district court may, upon its own motion, transfer any civil action to any other district or division where the claim could have been brought, for the convenience of parties and witnesses and in the interest of justice. 28 U.S.C. §§ 1404 and 1406.

In his amended complaint, Plaintiff describes events that allegedly happened primarily in Alvarado, Johnson County, Texas, and he sues defendants that appear to be located in Johnson County.  Dkt. No. 13.  Johnson County lies in the Dallas Division of the Northern District of Texas.  *See* 28 U.S.C. § 124.  The Court finds that Plaintiff's complaint should be transferred, with application to proceed *in forma pauperis* pending, to the United States District Court for the Northern District of Texas, Dallas Division under 28 U.S.C. § 1404(a).

So ordered.

Dated June 9, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge